UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROOK A. HIGGINS,

    Plaintiff,                               Case No. 1:14-cv-00037-GJQ

v.                                         HON. GORDON J. QUIST

WESTERN MICHIGAN UNIVERSITY,

    Defendant.

_____

| Joni M. Fixel  (P56712) | Michael S. Bogren (P34835) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| FIXEL LAW OFFICES, PLLC | PLUNKETT COONEY |
| 4084 Okemos Road., Suite B | 950 Trade Centre Way, Suite 310 |
| Okemos, Michigan   48864 | Kalamazoo, Michigan   49002 |
| (517) 332-3390 | (269) 226-8822 |
| E-mail:  JFixel@Fixellawoffices.com | E-mail:  mbogren@plunkettcooney.com |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the above-captioned matter be dismissed, with prejudice and without costs, interest or attorney fees to any party.

DATED:  March 26, 2014                FIXEL LAW OFFICES, PLLC

                                                  BY   /s/ Joni M. Fixel_____
                                                        Joni M. Fixel  (P56712)
                                                        Attorney for Plaintiff

DATED:  March 26, 2014                PLUNKETT COONEY

                                                        BY:  /s/ Michael S. Bogren_____
                                                        Michael S. Bogren (P34835)
                                                        Attorney for Defendant

2

# ORDER

At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this _____ day of March, 2014.

PRESENT:   HON. GORDON J. QUIST, U.S. District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter may be, and the same hereby is, dismissed, with prejudice and without costs, interest or attorney fees to any party.

_____
Hon. Gordon J. Quist
U.S. District Court Judge

Open.07616.40227.13904254-1